# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | August 21, 2019 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. John C. Arceci
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 17th Street, Suite 1000
Denver, CO 80202

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Ms. Celeste B. Rangel
Mr. Karl L. Schock
Office of the United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

RE:   19-1237, United States v. Thomas
      Dist/Ag docket: 1:19-CR-00020-RM-1

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

                                                    Sincerely,

                                                    Elisabeth A. Shumaker
                                                    Clerk of the Court

EAS/sds